UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUANNE CARODINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 20 C 4035 ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) Magistrate Judge Weisman ) ) |
| Defendant.[1] | ) ) |

**DEFENDANT'S AGREED MOTION FOR
ENTRY OF JUDGMENT AND DISMISSAL WITH PREJUDICE**

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves for entry of judgment, and in support states as follows:

1. On August 19, 2020, the court ordered that this case be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g) so that the record could be corrected by removing erroneously included evidence.

2. Although the case was closed administratively on the court's docket, the court retained jurisdiction over the action. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993).

3. Upon remand, on November 22, 2021, the Social Security Administration found plaintiff had been disabled under the Social Security Act since June 30, 2013 and awarded him Supplemental Security Income benefits (*see* attached decision).

---

[1] Kilolo Kijakazi is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

4. The time has expired for plaintiff to file exceptions to the ALJ's decision and for the Appeals Council to review the case on its own motion. 20 C.F.R. § 416.1484. The case, therefore, is concluded.

5. Plaintiff's counsel David B. Goetz agreed to this motion in an email dated January 25, 2022.

WHEREFORE, defendant requests that the court affirm the Commissioner's decision on remand and enter judgment dismissing the case with prejudice.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: s/ Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870
ernest.ling@usdoj.gov

Of Counsel:

KATHRYN CALDWELL
Regional Chief Counsel
Social Security Administration

JOHN CHADWICK
Assistant Regional Counsel
Office of the Regional Chief Counsel
600 West Madison Street, 6th Floor
Chicago, Illinois 60661-2474